

U. S. DEPARTMENT OF JUSTICE

*United States Attorney's Office*
*Northern District of West Virginia*

United States Courthouse
1125 Chapline Street, Suite 3000     Phone: (304) 234-0100
P. O. Box 591                        FAX:   (304) 234-0113
Wheeling, WV  26003

May 26, 2017

**FILED**

JAN 1 9 2018

3:18-mc-7

U.S. DISTRICT COURT-WVN
WHEELING, WV 26003

Mr. Perry D. McDaniel
Associate Regional Counsel
Environmental Protection Agency
Robert C. Byrd Courthouse
300 Virginia Street, East, Suite 4000
Charleston, WV  25301

Pursuant to 28 U.S.C.§543, effective the date of this letter you are hereby appointed as a Special Assistant United States Attorney for the Northern District of West Virginia, subject to the following conditions:

1. You are appointed to assist the Office with matters originating in the Northern District of West Virginia regarding the investigations and prosecutions of federal criminal environmental laws.

2. The appointment expires on May 25, 2018, unless extended.

3. You will report to and act under the direction of Randy Bernard, Criminal Chief, with regard to any matters handled.

4. You understand and agree to serve without compensation other than that which you are now receiving under your existing appointment. Routine travel expenses will be paid by the Environmental Protection Agency.

5. This appointment may be terminated at any time without cause or notice.

6. You must execute and return to the Personnel Staff within 14 days the enclosed Appointment Affidavit containing the oath of office, Statement of Appointment Conditions, and a signed copy of this letter. Your signature in the space provided below acknowledges your agreement to the terms and conditions of this appointment.

Thank you for the assistance you are providing to the United States Attorney's Office for the Northern District of West Virginia,

Sincerely,

*Betsy Steinfeld Jividen*
Betsy Steinfeld Jividen
Acting United States Attorney

Enclosures

The foregoing terms and conditions are hereby agreed to and accepted:

_____                Date: 5-30-2017
Perry D. McDaniel